IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVORIS MCGHEE**                                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00348-BSM**

**MOMI HOLDINGS LLC**                                         **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE